UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

    Plaintiff,

Case No. 2:15-cv-10192-AC-MJH

-vs-

PRIMCOGENT SOLUTIONS, LLC
and JOHN DOES 1-10,

    Defendants.

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Michigan Urgent Care & Primary Care Physicians, P.C., ("Plaintiff"), hereby dismisses Plaintiff's individual claims against Defendant without prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This notice of dismissal disposes of the entire action.

                                            /s/ Thomas E. Soule
                                            Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
 (312) 739-4200
 (312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Thomas E. Soule, certify that on February 9, 2015, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via hand delivery by process server, on the following party:

   Primcogent Solutions, LLC
   5550 LBJ Freeway, Suite 800
   Dallas, TX 75240

                /s/ Thomas E. Soule
                Thomas E. Soule


Daniel A. Edelman
Cathleen M. Combs
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
 (312) 739-4200
 (312) 419-0379 (FAX)